Commonwealth *v.* Alton, Appellant.

Argued December 16, 1966. Before Ervin, P. J., Wright, Watkins, Montgomery, Jacobs, Hoffman, and Spaulding, JJ.

*Bernard J. McLafferty,* with him *Huganir, Butera, Detwiler & Butera,* for appellant.

*Henry T. Crocker,* Assistant District Attorney, with him *Richard A. Devlin,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 16, 1966:

The record in this case shows that this was an appeal from a summary conviction and that a de novo hearing was held before the court below and that at the conclusion of said hearing the court entered an order that "The appeal is dismissed and the judgment of the magistrate is affirmed."

It is pointed out in *Com. v. Young,* 184 Pa. Superior Ct. 658, 135 A. 2d 774, that there should have been a finding that the defendant was guilty or not guilty. We reversed the *Young* case with a procedendo and we must do the same thing here.

Judgment reversed with a procedendo.